# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JOHNNY FREEMAN,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, FCI JESUP,<br><br>    Respondent. | CIVIL ACTION NO.: 2:25-cv-23 |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Johnny Freeman's ("Freeman") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and to deny as moot Respondent's Motion to Dismiss. Dkt. No. 17. Freeman did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Refused, Unable to Forward." Dkt. No. 18 at 8.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Freeman's 28 U.S.C.

§ 2241 Petition for Writ of Habeas Corpus and **DENY as moot** Respondent's Motion to Dismiss. Dkt. Nos. 1, 5. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Freeman *in forma pauperis* status on appeal.

**SO ORDERED,** this 20 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA